No. 87–6751.  MILLER *v.* UNITED STATES.  C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Houston* v. *Lack*, 487 U. S. 266 (1988).

No. 87–6833.  LLOYD *v.* NORTH CAROLINA.  Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mills* v. *Maryland*, 486 U. S. 367 (1988).

No. 87–6948.  WOLF *v.* UNITED STATES.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arizona* v. *Roberson*, 486 U. S. 675 (1988).

No. 87–7110.  KIMBERLIN *v.* UNITED STATES.  C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Houston* v. *Lack*, 487 U. S. 266 (1988).

No. 87–7290.  COOK *v.* TEXAS.  Ct. Crim. App. Tex.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Satterwhite* v. *Texas*, 486 U. S. 249 (1988).

No. — – ——.  BANK OF SAN MARINO BUILDING, LTD. *v.* DEFAULT SERVICE CO. ET AL.  Motion of one who is not a member of the Bar of this Court to direct the Clerk to file petition for writ of certiorari denied.

No. — – ——.  DRABICK *v.* DRABICK.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——.  FORD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.